FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2015 MAY 22  P 12: 53

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

MARY H. WOODS,

CASE NO.

Plaintiff,

3:15-cv-638-J39 MCR

v.

BANK OF AMERICA CORPORATION,

Defendant.
_____/

## COMPLAINT

Plaintiff, MARY H. WOODS, hereby sues Defendant, BANK OF AMERICA CORPORATION, and alleges:

### NATURE OF THE ACTION

1. This is an action brought pursuant to the Family and Medical Leave Act (FMLA) of 1993, 29 U.S.C. §§2612, 2624. Jurisdiction of this court is invoked pursuant 28 U.S.C. §1331 (federal question jurisdiction).

2. This action involves claims which are, individually, in excess of Seventy Five Thousand Dollars ($75,000.00), exclusive of costs and interest.

### THE PARTIES

3. At all times pertinent hereto, Plaintiff, MARY H. WOODS, has been a resident of the State of Florida and was employed by Defendant. Prior to her termination, she worked for Defendant for more than one year and she worked for more than 1,250 hours for that year immediately preceding her need for leave under the FMLA.

4. At all times pertinent hereto, Defendant, BANK OF AMERICA CORPORATION, which has been organized and existing under the laws of the State of Florida. At all times pertinent to this action, Defendant has been an "employer" as that term is used under the applicable laws identified above. Defendant was Plaintiff's employer as it relates to these claims.

## STATEMENT OF THE ULTIMATE FACTS

5. Plaintiff began her employment with Defendant on or around February 1, 1996. She held the position of Professional Teller at the time of her wrongful termination on December 19, 2014.

6. Plaintiff performed her job above satisfactorily with little to no incidents and/or disciplinary problems until she had a short hospital stay for pneumonia and acute bronchitis.

7. Shortly after she was released from the hospital, on December 19, 2014, Plaintiff was called into the office by Stacey Register. Register told Plaintiff that she noticed Plaintiff had been out sick a few days.

8. Register, without explanation, told Plaintiff that she needed her keys because she was terminated.

9. Upon information and belief, Plaintiff was terminated because she was of a serious medical condition for which she was entitled to take leave under the Family Medical Leave Act.

10. Plaintiff has retained the undersigned to represent her interests in this cause and is obligated to pay a fee for these services. Defendant should be made to pay said fee under the statutory provisions cited herein and such other grounds as are authorized.

## COUNT I
## VIOLATION OF THE FAMILY AND MEDICAL LEAVE ACT

11. Paragraphs 1-10 are re-alleged and are incorporated herein by reference.

12. This is an action against Defendant for failing to inform Plaintiff of her right to take FMLA leave and harassing Plaintiff due to using leave time, and for terminating Plaintiff for taking time off that was authorized by and protected under the FMLA. This is thus an interference and retaliation claim.

13. After taking leave for serious health conditions, Defendant harassed Plaintiff and took adverse personnel actions against her for using leave.

14. Plaintiff was denied rights and benefits conferred by the FMLA and was terminated after taking protected leave.

15. Defendant's violations of the FMLA were willful.

16. As a direct and proximate result of Defendant's willful, wanton, and malicious acts described in part above, Plaintiff has sustained damages for the loss of employment, as well as the security and peace of mind it provided. Plaintiff has incurred damages for lost wages, and other damages attendant with the loss of his job. These damages have occurred in the past, are occurring at present and will continue in the future. Plaintiff is entitled to liquidated damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendant for the following:

(a) that process issue and this Court take jurisdiction over this case;

(b) that this Court grant equitable relief against Defendant under the applicable counts set forth above, mandating Defendant's obedience to the laws enumerated herein and providing other equitable relief to Plaintiff;

3

(c) enter judgment against Defendant and for Plaintiff awarding all legally-available general and compensatory damages and economic loss to Plaintiff from Defendant for Defendant's violations of law enumerated herein;

(d) enter judgment against Defendant and for Plaintiff permanently enjoining Defendants from future violations of law enumerated herein;

(e) enter judgment against Defendant and for Plaintiff awarding Plaintiff attorney's fees and costs;

(f) award Plaintiff interest where appropriate; and

(g) grant such other further relief as being just and proper under the circumstances, including but not limited to reinstatement.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all issues herein that are so triable.

DATED this 21st day of May 2015.

                                              Respectfully submitted,

                                              /s/ Marie A. Mattox
                                              Marie A. Mattox [FBN 0739685]
                                              MARIE A. MATTOX, P. A.
                                              310 East Bradford Road
                                              Tallahassee, FL 32303
                                              Telephone: (850) 383-4800
                                              Facsimile: (850) 383-4801
                                              Email: marie@mattoxlaw.com
                                              Secondary emails:
                                              Michelle2@mattoxlaw.com
                                              joshua@mattoxlaw.com

                                              ATTORNEYS FOR PLAINTIFF